SOPHIE MOSTOFF and REBECCA MOSTOFF, Appellants, v. ABE MOSTOFF, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

RAYMOND STRAUSS, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JULIE BAUDSCH and EMIL H. BAUDSCH, Respondents, v. GIANT TRANSPORTATION CORP. and EASTERN SODA BOTTLING CORPORATION, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LOUIS POSNER, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

REALTY ASSOCIATES SECURITIES CORPORATION, Respondent, v. CASSARD-ROMANO REALTY CORPORATION and Others, Defendants, Impleaded with ANGELO N. ROMANO, Appellant.— Judgment and order, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BARNEY ROSENSTEIN, Appellant, v. CENTRAL SAVINGS BANK IN THE CITY OF NEW YORK, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ELSA G. LINDE, Appellant, v. BERTRAM E. LINDE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application to Revoke Letters of Administration Issued to MARY MAY, upon the Estate of HERMAN H. KIPP, Deceased. MINNIE NEISS KIPP, Petitioner, Appellant; MARY MAY, as Administratrix, etc., of HERMAN H. KIPP, Respondent.— Orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title to the Real Property Required for the Opening and Extending of Exterior Street from East 138th Street, to East 144th Street; Grand Concourse from East 138th Street to East 140th Street, etc., Where Not Heretofore Acquired for Street Purposes and Excluding the Land of the INTERBOROUGH RAPID TRANSIT COMPANY, in the Borough of Bronx, City of New York. In re: Damage Parcel No. 309. LEAF REALTY CORPORATION, Claimant, Appellant; MARY SICA, Cross-Claimant, Respondent.— Order, so far as appealed from, unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ. [168 Misc. 575.]

SOLOMON SLUTZKER, Respondent, v. JOHN E. ROUSMANIERE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.